IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:18-CR-318-1BO(1)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| BRANDON MARQUIS JENNINGS ) | |
|    a/k/a "Smilez" ) | |
|    a/k/a "Smilez Finesse" ) | |
|    a/k/a "Beezy" ) | |
|    a/k/a "Mustafa Bey" ) | |

The Grand Jury charges:

## COUNT ONE

Beginning in or about February 2015 and continuing to in or about November 2016, in the Eastern District of North Carolina and elsewhere, the defendant, BRANDON MARQUIS JENNINGS a/k/a "Smilez" a/k/a "Smilez Finesse" a/k/a "Beezy" a/k/a "Mustafa Bey" in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained, and benefitted financially and by receiving anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, a person having the initials C.A., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause C.A. to engage in a commercial sex act, in violation of Title 18, United States Code, Sections

1

1591(a)(1) and (a)(2).

## COUNT TWO

Beginning in or about July 2016 and continuing to on or about December 12, 2016, in the Eastern District of North Carolina and elsewhere, the defendant, BRANDON MARQUIS JENNINGS a/k/a "Smilez" a/k/a "Smilez Finesse" a/k/a "Beezy" a/k/a "Mustafa Bey," in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained, and benefitted financially and by receiving anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, a person having the initials T.C., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause T.C. to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (a)(2).

## COUNT THREE

Beginning in approximately 2013, and continuing to approximately December 2015, in the Eastern District of North Carolina, and elsewhere [AJW ELB 8/8/18] the defendant, BRANDON MARQUIS JENNINGS a/k/a "Smilez" a/k/a "Smilez Finesse" a/k/a "Beezy" a/k/a "Mustafa Bey," in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person having the initials R.W., who had not

2

attained the age of 18 years, and having had a reasonable opportunity to observe R.W., and knowing and in reckless disregard the fact that R.W. had not attained the age of 18 years, and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(2).

## COUNT FOUR

Beginning in or about June 2015 and continuing to in or about August 2015, in the Eastern District of North Carolina and elsewhere, the defendant, BRANDON MARQUIS JENNINGS a/k/a "Smilez" a/k/a "Smilez Finesse" a/k/a "Beezy" a/k/a "Mustafa Bey," did knowingly transport an individual who had not attained the age of 18 years, namely, a person having the initials R.W., in interstate and foreign commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2423(a).

## COUNT FIVE

Beginning in or about February 2015 and continuing to in or about November 2016, in the Eastern District of North Carolina and elsewhere, the defendant, BRANDON MARQUIS JENNINGS a/k/a "Smilez" a/k/a "Smilez Finesse" a/k/a "Beezy" a/k/a "Mustafa Bey," knowingly persuaded, induced, enticed, and coerced an individual, namely, a person having the initials C.A., to travel in interstate commerce to engage in prostitution, in violation of Title 18,

3

United States Code, Section 2422(a).

## COUNT SIX

Beginning in or about August 2015 and continuing to on or about April 26, 2016, in the Eastern District of North Carolina and elsewhere, the defendant, BRANDON MARQUIS JENNINGS a/k/a "Smilez" a/k/a "Smilez Finesse" a/k/a "Beezy" a/k/a "Mustafa Bey," knowingly persuaded, induced, enticed, and coerced an individual, namely, a person having the initials T.H., to travel in interstate commerce to engage in prostitution, in violation of Title 18, United States Code, Section 2422(a).

## COUNT SEVEN

Beginning in or about July 2016 and continuing to on or about December 12, 2016, in the Eastern District of North Carolina and elsewhere, the defendant, BRANDON MARQUIS JENNINGS a/k/a "Smilez" a/k/a "Smilez Finesse" a/k/a "Beezy" a/k/a "Mustafa Bey," knowingly persuaded, induced, enticed, and coerced an individual, namely, a person having the initials T.C., to travel in interstate commerce to engage in prostitution, in violation of Title 18, United States Code, Section 2422(a).

## COUNT EIGHT

Beginning in or about February 2015 and continuing to in or about November 2016, in the Eastern District of North Carolina and elsewhere, the defendant, BRANDON MARQUIS JENNINGS a/k/a "Smilez" a/k/a "Smilez Finesse" a/k/a "Beezy" a/k/a "Mustafa Bey,"

4

knowingly transported a person having the initials C.A. in interstate commerce to engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2421(a).

## COUNT NINE

Beginning in or about July 2016 and continuing to on or about December 12, 2016, in the Eastern District of North Carolina and elsewhere, the defendant, BRANDON MARQUIS JENNINGS a/k/a "Smilez" a/k/a "Smilez Finesse" a/k/a "Beezy" a/k/a "Mustafa Bey," knowingly transported a person having the initials T.C. in interstate commerce to engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2421(a).

## COUNT TEN

Beginning approximately in or about 2013 and continuing to on or about December 12, 2016, in the Eastern District of North Carolina and elsewhere, the defendant, BRANDON MARQUIS JENNINGS a/k/a "Smilez" a/k/a "Smilez Finesse" a/k/a "Beezy" a/k/a "Mustafa Bey," aiding and abetting another, knowingly traveled and used a facility in interstate commerce, namely, the Internet, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an

5

unlawful activity, that is, a business enterprise involving prostitution offenses in violation of the laws of North Carolina, and thereafter, performed and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of such unlawful activity, in violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

6

Case 5:18-cr-00318-FL   Document 1   Filed 08/08/18   Page 6 of 8

**FORFEITURE**

Upon conviction of the offense in violation of Title 18, United States Code, Section 1591 (Counts One, Two, and Three), the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), all his right, title, and interest in:

1. Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

2. Any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation.

Upon conviction of any of the offenses in violation of Title 18, United States Code, Sections 2421, 2422, or 2423 (Counts Four through Nine), the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), all his right, title, and interest in:

1. Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

2. Any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation.

Upon conviction of the offense in violation of Title 18,

7

United States Code, Section 1952 (Count Ten), the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) (as made applicable by Title 28, United States Code, Section 2461(c)), all his right, title, and interest in any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

If any property described above, as a result of any act or omission of the defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

Date: 8/8/18

ROBERT J. HIGDON JR.
United States Attorney

ERIN C. BLONDEL
Assistant United States Attorney