

U. S. Department of Justice

**Robert J. Higdon, Jr.**
United States Attorney
Eastern District of North Carolina

| | |
|---|---|
| Terry Sanford Federal Building | Telephone (919) 856-4530 |
| 310 New Bern Avenue | Criminal FAX (919) 856-4487 |
| Suite 800 | Civil FAX (919) 856-4821 |
| Raleigh, North Carolina 27601-1461 | www.usdoj.gov/usao/nce |

DATE: August 8, 2018

TO: Clerk's Office,
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: Robert J. Higdon, Jr.
United States Attorney

ATTN OF: Erin C. Blondel
Assistant United States Attorney

SUBJECT: United States v. Brandon Marquis Jennings
No. 5:18-CR-318-1 BO(1) - Western Division

Please issue an arrest warrant for the above-named Defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service
US Probation Office