# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

**CRIMINAL CASE: 5:18-CR-318-BO**

**BRANDON MARQUIS JENNINGS**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**BRANDON MARQUIS JENNINGS** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information ___ Complaint

_____ Order of Court: ___ Violation Notice___Probation Violation Petition charging him/her with:

Counts 1, 2 - 18 U.S.C. §§ 1951(a)(1) and (a)(2): Sex trafficking by force and fraud and coercion

Count 3 - 18 U.S.C. §§ 1951(a)(1) and (b)(2): Sex trafficking of a minor

Count 4 - 18 U.S.C. § 2423(a) - Interstate transportation of a minor with intent to engage in criminal sexual activity

Counts 5, 6, 7 - 18 U.S.C. § 2422(a) - Interstate transportation for prostitution by coercion and enticement

Counts 8, 9 - 18 U.S.C. § 2421(a) - Interstate transportation for prostitution (Mann Act)

Count 10 - 18 U.S.C. §§ 1952(a)(3) and 2 - Use of internet to promote an unlawful business enterprise, namely, prostitution (ITAR) and aiding and abetting same

Peter A. Moore, Jr.
Name of Issuing Officer

[signature: Nick Bullock]
Signature of Issuing Officer, by Dep. Clerk

Clerk of Court
Title of Issuing Officer

August 8, 2018 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED 8/9/18 | NAME AND TITLE OF ARRESTING OFFICER Det RT Pereira / Raleigh PD | NAME AND TITLE OF ARRESTING [signature] |
| DATE OF ARREST 8/10/18 | | |

**FILED**

AUG 1 3 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK