IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:18-CR-318-FL

| UNITED STATES OF AMERICA | **ORDER** |
|---|---|
| v. | |
| BRANDON MARQUIS JENNINGS<br>　　a/k/a "Smilez"<br>　　a/k/a "Smilez Finesse"<br>　　a/k/a "Beezy"<br>　　a/k/a "Mustafa Bey"<br>　　a/k/a "Mustafa Beezy Bey" | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Clerk of Courts shall seal the Government's Proposed Witness List, Docket Entry 100.

DONE AND ORDERED this 10th day of June, 2019.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

1