IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-318-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| BRANDON MARQUIS JENNINGS, | ) | ORDER |
| Defendant. | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $147.11. The clerk is DIRECTED to pay The Chelsea the sum of $147.11.

SO ORDERED, this 13th day of June, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge